1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                      EASTERN DISTRICT OF CALIFORNIA
10
11   UNITED STATES OF AMERICA,                CASE NO.  1:21-MJ-0014
12                          Plaintiff,
                                              ORDER UNSEALING COMPLAINT
13                  v.
14   LEO TORRES et al.,
15                          Defendants.
16          The United States having applied to this Court for a complaint and arrest warrants in the above-
17   captioned proceedings and having applied for the complaint and warrants to remain under seal in order
18   to prevent the destruction of evidence and flight of the targets of the investigation, and the arrest
19   warrants now having been executed and the need for sealing has ceased;
20          IT IS ORDERED that the complaint and arrest warrants filed in the above-entitled matter shall
21   be unsealed.
22
23   IT IS SO ORDERED.
24
        Dated:   **March 16, 2021**                  /s/ Erica P. Grosjean
25                                            _____
                                              UNITED STATES MAGISTRATE JUDGE
26
27
28

Order Unsealing Complaint and Arrest              1
Warrants

1
2
3
4
5

_____

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Order Unsealing Complaint and Arrest
Warrants