IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ALFREDO GARCIA JR.<br><br>    Defendant. | CR NO: 1:21-cr-80 NONE-SKO |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
  ☒ Ad Prosequendum  ☐ Ad Testificandum

Name of Detainee: Alfredo Garcia Jr.
Detained at: Fresno County Jail
Detainee is: a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
          charging detainee with: 21 USC 846, 841(a)(1)
 or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☒ return to the custody of detaining facility upon termination of proceedings
 or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary on March 31, 2021 at 2:00 p.m. in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Justin J. Gilio |
| Printed Name & Phone No: | Justin J. Gilio (559/497-4000) |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
  ☒ Ad Prosequendum  ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee on March 26, 2021 at 2:00 p.m., and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 3/30/2021

*Sheila K. Oberto*
Honorable Sheila K. Oberto
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s): | | ☒ Male | ☐ Female |
| Booking or CDC #: | CDC-AV02438 | DOB: | 1994-01-02 |
| Facility Address: | 1225 M Street, Fresno, CA | Race: | |
| Facility Phone: | 559/600-8600 | FBI#: | 876004JC6 |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____  _____
               (signature)