HEATHER E. WILLIAMS, #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
ALFREDO GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALFREDO GARCIA<br><br>Defendant. | Case No.  1:21-cr-00080-DAD-BAM<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING<br><br>DATE:  October 8, 2021<br>TIME:    9:30 a.m.<br>JUDGE: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the sentencing hearing in the above-captioned matter now set for August 27, 2021, before the Honorable Dale A. Drozd, may be continued to October 8, 2021, at 9:30 a.m.

Defense is requesting the additional time to conduct further investigation, obtain records, and to prepare for the sentencing hearing. Counsel for the government has no objection to the requested continuance.

As Mr. Garcia has already entered his guilty plea on this case, no exclusion of time is necessary under the Speedy Trial Act.

///

///

|   |   |
|---|---|
| | Respectfully submitted, |
| | |
| | PHILLIP A. TALBERT |
| | Acting United States Attorney |
| DATED: August 11, 2021 | By:  /s/ *Justin J. Gilio* |
| | JUSTIN J. GILIO |
| | Assistant United States Attorney |
| | Attorney for Plaintiff |
| | |
| | HEATHER E. WILLIAMS |
| | Federal Defender |
| | |
| DATED: August 11, 2021 | By:  /s/ *Charles J. Lee* |
| | CHARLES J. LEE |
| | Assistant Federal Defender |
| | Attorneys for Defendant |
| | ALFREDO GARCIA |

## **O R D E R**

IT IS SO ORDERED that the sentencing hearing in the above-entitled case shall be continued to October 8, 2021 at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **August 11, 2021**                                  _____
                                                                               UNITED STATES DISTRICT JUDGE